UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, Civil No. 00-660 (DSD/JMM)

Plaintiff,

v. **SECOND** AMENDED ORDER FOR PRETRIAL CONFERENCE

RICHARD K. BATDORF,

Defendant.

TO: Plaintiff above named and to Mary Trippler, Esq., Assistant U.S. Attorney, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, attorneys for Plaintiff;

Defendant Richard K. Batdorf, P. O. Box 65224, St. Paul, MN 55165, Pro Se.

IT IS HEREBY ORDERED that counsel for Plaintiff shall cause a copy of this Order to be served upon any other parties or counsel not listed above.

DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a **second** pretrial conference of trial counsel in the above matter will be held on **August 1, 2000 at 2:45 p.m.** before Magistrate Judge John M. Mason in chambers at Room 610, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters. **Defendant shall personally attend.**

Dated: July 17, 2000

JOHN M. MASON
United States Magistrate Judge

Filed JUL 17 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________